McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>LUIS ANTONIO BARRETO-CRUZ,<br><br>                    Defendants. | CASE NO. 1:18-CR-00245-DAD<br><br>STIPULATION AND ORDER TO CONTINUE DEFENDANT LUIS ANTONIO BARRETO-CRUZ'S SENTENCING HEARING |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Angela Scott, and defendant LUIS ANTONIO BARRETO-CRUZ, by and through defendant's counsel of record, E. Marshall Hodgkins, hereby stipulate as follows:

1.      On November 8, 2018, defendant was indicted for crimes related to the distribution of fentanyl and cocaine. Doc. 1.

2.      On December 2, 2019, defendant pleaded guilty to Count One of a superseding information, which charged him with conspiracy to possess with intent to distribute, and distribute fentanyl and cocaine, in violation of 21 U.S.C. § 846, 841(a)(1), (b)(1)(C). A sentencing hearing was set for February 24, 2020. Doc. 56.

3.      Undersigned government counsel needs to travel this Friday, February 21, 2020, through

1

at least Monday, February 24, 2020, to assist a family member who is having an unexpected medical procedure over the weekend. Consequently, the government is seeking a brief continuance of Monday's sentencing hearing to March 2, 2020.

      4.    Defendant does not object to the continuance.

      5.    As such, the parties respectfully request a continuance of defendant's sentencing hearing to March 2, 2020, at 10:00 a.m.

      IT IS SO STIPULATED.

Dated: February 19, 2020

          McGREGOR W. SCOTT
          United States Attorney

          /s/ ANGELA L. SCOTT
          ANGELA L. SCOTT
          Assistant United States Attorney

Dated: February 19, 2020

          /s/ per email authorization
          E. MARSHALL HODGKINS
          Counsel for Defendant
          LUIS ANTONIO BARRETO-
          CRUZ

## O R D E R

      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant LUIS ANTONIO BARRETO-CRUZ's sentencing hearing currently set for Monday, February 24, 2020, at 10:00 a.m. is hereby continued to Monday, March 2, 2020, at 10:00 a.m.

IT IS SO ORDERED.

    Dated:   **February 19, 2020**

                                 UNITED STATES DISTRICT JUDGE